Peter K. Strojnik, State Bar No. 242728
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 916-0253
Strojnik@skplaw.com

Attorneys for Plaintiff
Theresa Brooke

**FILED**
**CLERK, U.S. DISTRICT COURT**

IT IS SO ORDERED

September 6, 2016

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___sr_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>THE PATEL FAMILY TRUST dba Super 8 Azusa,<br><br>Defendants. | Case No:<br>2:16−cv−04655−JFW−GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke hereby dismisses all claims against all Defendants with prejudice in the above entitled action, with each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 3rd day of September, 2016.

**THE STROJNIK FIRM LLC**

By _____
Peter K. Strojnik (242728)
Attorneys for Plaintiff